**Denise CORDERO, Individually and on**
**behalf of her minor children; E. C.,**
**Minor child; S. C., Minor child; M.**
**C., Minor child; P. C., Minor child; K.**
**C., Minor Child; K. C., Minor Child,**
**Plaintiffs–Appellants,**

**John CORDERO, Intervenor/Plaintiff–**
**Appellant,**

v.

**MECKLENBURG COUNTY YOUTH**
**AND FAMILY SERVICES; Erin**
**Roberts, Individually and as supervi-**
**sor of Mecklenburg County Youth**
**and Family Services; Patricia Wilks,**
**Individually and as caseworker for**
**Mecklenburg County Youth and Fam-**
**ily Services, Defendants–Appellees.**

No. 04–1289.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 30, 2004.

Decided: Sept. 14, 2004.

ment in favor of the Appellees.

**526**

Denise Cordero, John Cordero, Appellants pro se.

Robert Spencer Adden, Jr., Charlotte, North Carolina, for Appellees.

Before WIDENER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Denise and John Cordero, individually and on behalf of their minor children, appeal the district court's order abstaining from exercising jurisdiction over their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find that the district court did not abuse its discretion in abstaining under *Younger v. Harris,* 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971). Accordingly, we affirm for the reasons stated by the district court. *See Cordero v. Mecklenburg County Youth & Family Servs.,* No. CA–02–294–3 (W.D.N.C. Feb. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*